UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares |
| | | Crim. No. 09-59 |
| v. | : | |
| | | <u>CONTINUANCE ORDER</u> |
| SOLOMON AMAMOO | : | |

This matter having come before the Court on the application of defendant Solomon Amamoo (by John Yauch, Esq.), and with the consent of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (by Eric W. Moran, Assistant U.S. Attorney), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has requested such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

1

  2. Defendant has requested the aforementioned continuance, and the United States has consented; and

  3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

  WHEREFORE, on this _8th_ day of October, 2009,

IT IS ORDERED that defense motions shall be filed by November 9, 2009, the government's reply shall be filed by November 16, 2009, the argument of the motions is scheduled for November 23, 2009, at 2:30 p.m., and the trial is scheduled for November 30, 2009; and

IT IS FURTHER ORDERED that the period from October 6, 2009, through November 30, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

_____
HON. JOSE L. LINARES
United States District Judge

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney


_____
JOHN YAUCH, ESQ.
Counsel for defendant Solomon Amamoo