UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA      :      Hon. Jose L. Linares
                                     Crim. No. 09-59
              v.              :
                                     <u>CONTINUANCE ORDER</u>
SOLOMON AMAMOO                 :

        This matter having come before the Court on the

application of defendant Solomon Amamoo (by John Yauch, Esq.),

and with the consent of Paul J. Fishman, United States Attorney

for the District of New Jersey (by Eric W. Moran, Assistant U.S.

Attorney), for an order granting a continuance of the proceedings

in the above-captioned matter, and the defendant being aware that

he has the right to have the matter brought to trial within 70

days of the date of his appearance before a judicial officer of

this court pursuant to Title 18 of the United States Code,

Section 3161(c)(1), and as the defendant has requested such a

continuance, and for good and sufficient cause shown,

        IT IS THE FINDING OF THIS COURT that this action should

be continued for the following reasons:

        1.  A change of plea hearing has been set in this

matter for December 14, 2009 and both the United States and the

defendant desire additional time to have the defendant enter his

plea of guilty, which would render trial of this matter

unnecessary;

1

2.   Defendant has requested the aforementioned continuance, and the United States has consented; and

3.   Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this ___24___ day of November, 2009,

IT IS ORDERED that the period from December 1, 2009, 2009, through January 31, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).


_____
HON. JOSE L. LINARES
United States District Judge

2

Form and entry
consented to:

_____
ERIC W. MORAN
Assistant U.S. Attorney


_____
JOHN YAUCH, ESQ.
Counsel for defendant Solomon Amamoo

3