UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA :
: CRIMINAL NO. 09-59(JLL)
:
v. : ORDER
:
:
Solomon Amamoo :

This matter having been brought before the Court on the application of defendant, Solomon Amamoo, by his attorney, John H. Yauch, Esq., Assistant Federal Public Defender, for an Order pursuant to defendant's motion, and Eric Moran, Esq., appearing, *NO ORAL* argument having been heard and good cause shown,

IT IS ON this 4th day of April, 2011, hereby

ORDERED that the relief requested ~~is granted.~~ *in motion [#19] for the Return of property is hereby denied as moot.*

HONORABLE JOSÉ L. LINARES
UNITED STATES DISTRICT JUDGE